923 A.2d 228

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JUAN PENA–
FLORES, ET AL., DEFENDANTS–RESPONDENTS.

May 11, 2007.

ORDERED that the motion for leave to appeal is granted.

923 A.2d 228

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
MICHAEL LISA, DEFENDANT–RESPONDENT.

May 24, 2007.

ORDERED that the motion for leave to appeal is granted.